ROGER L. GRANDGENETT II, Bar No. 6323
AMY L. THOMPSON, Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada, 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
athompson@littler.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEIDA PANGINDIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOLLIBEE FOODS CORPORATION, USA, INC. a Nevada Domestic Company; ROBERT DENOLO, an individual; and DOES and ROE entities I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00687-GMN-EJY<br><br>**STIPULATION TO DISMISS DEFENDANT JOLLIBEE FOODS CORPORATION, USA, INC., SUBSTITUTE HONEYBEE FOODS CORPORATION, AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff LEIDA PANGINDIAN ("Plaintiff") and Defendants JOLLIBEE FOODS CORPORATION (USA)[1] ("Jollibee") and ROBERT DENOLO ("Denolo"), by and through their attorneys of record, hereby stipulate as follows:

Jollibee did not employ Plaintiff, is not a proper party to this action, and the parties accordingly agree that Jollibee should be dismissed from this action with prejudice. Honeybee Foods Corporation ("Honeybee") employed Plaintiff and is the proper party to this action.[2] Accordingly, the parties respectfully request an order dismissing Defendant Jollibee and substituting Honeybee as defendant in its place. The parties agree that the caption of this matter

---

[1] Jollibee's correct name is Jollibee Foods Corporation (USA).

[2] Littler Mendelson also represents Honeybee Foods Corporation and will accept service of the summons and complaint in this matter on behalf of Honeybee.

will be revised in accordance with this stipulation. The parties further agree that, because the action is ongoing between Plaintiff, Denolo, and Honeybee, no determination of responsibility for fees and costs is necessary at this time.

In light of the above-stipulation, the parties respectfully request that Defendants be granted a one-week extension to respond to the Complaint so that dismissal of Jollibee and substitution of Honeybee as defendant can be effectuated prior to the requirement to file a responsive pleading. If the requested extension is granted, Defendants will file their response on or before May 10, 2021. This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: April 29, 2021                                    Dated: April 29, 2021

/s/ Trevor J. Hatfield                                    /s/ Amy L. Thompson
TREVOR J. HATFIELD                                        ROGER L. GRANDGENETT II
HATFIELD & ASSOCIATES, LTD                                AMY L. THOMPSON
                                                          LITTLER MENDELSON, P.C.

*Attorney for Plaintiff*                                  *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated: ___April 29___, 2021

_____
UNITED STATES DISTRICT JUDGE

4850-7967-3575.1 / 111725-1001

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800