TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADANEVADA**

| | |
|---|---|
| LEIDA PANGINDIAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HONEYBEE FOODS CORPORATION, a foreign corporation; ROBERT DENOLO, an individual; and DOES and ROE entities I – X, inclusive,<br><br>Defendant. | CASE NO: 2:21-cv-00687-GMN-EJY<br><br>**JOINT STIPULATED REQUEST FOR SETTLEMENT CONFERENCE** |

COMES NOW, Plaintiff, LEIDA PANGINDIAN (hereinafter, "Plaintiffs"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendants HONEYBEE FOODS CORPORATION AND ROBERT DENOLO (hereinafter "Defendants"), by and through their counsel, Roger L. Grandgenett II, Esq. and Amy L. Thompson, Esq. of the law firm of Littler Mendelson P.C., hereby jointly request a settlement conference with Magistrate Judge Elayna J. Youchah. The parties have conferred and are available on January 13, 2022, January 18, 2022 and January 26, 2022.

///

///

///

///

Alternatively, the parties will make best efforts to appear for a settlement conference on a date set by the Court.

Dated:  October 1, 2021

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
By: _____
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.:  (702) 388-4469
Email:thatfield@hatfieldlawassociates.com
*Attorney for Plaintiffs*

Dated:   October 1, 2021

LITTLER MENDELSON P.C.

*/s/ Amy L. Thompson*
By: _____
ROGER L. GRANDGINETT, II, ESQ.
Nevada Bar No. 6323
AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
3960 Howard Hughes Parkway, Ste. 300
Las Vegas, Nevada 89169
Tel.:  (702) 862-8800
Email:  rgrandgenett@little.com
Email:  athompson@littler.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Court will issue a separate order scheduling the settlement conference for January 26, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 4, 2021

- 2 -