ROGER L. GRANDGENETT II, Bar No. 6323
AMY L. THOMPSON, Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada, 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
athompson@littler.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEIDA PANGINDIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HONEYBEE FOODS CORPORATION a foreign corporation; ROBERT DENOLO, an individual; and DOES and ROE entities I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00687-GMN-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

    Plaintiff, LEIDA PANGINDIAN and Defendants, HONEYBEE FOODS CORPORATION and ROBERT DENOLO, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

    The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: March 21, 2022

Respectfully submitted,

/s/ Trevor J. Hatfield, Esq.
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD

*Attorney for Plaintiff*

Dated: March 21, 2022

Respectfully submitted,

/s/ Amy L. Thompson, Esq.
ROGER L. GRANDGENETT II, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.** The Clerk of Court shall close the case accordingly.

Dated this  22  day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4871-2571-9053.1 / 111725-1001